MARIA D'ULISSE-CUPO *v.* BOARD OF DIRECTORS
OF NOTRE DAME HIGH SCHOOL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 6 Conn. App. 153, is granted.

*Thomas E. Crosby,* in support of the petition.

*Joseph D. Garrison,* in opposition.

Decided April 8, 1986

STATE OF CONNECTICUT *v.* RICHARD FANTASIA

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 552, is denied.

*Edward N. Lerner,* in support of the petition.

*Michael G. O'Hare,* in opposition.

Decided April 8, 1986

WILLIAM C. LEE *v.* PEARL A. TUFVESON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 6 Conn. App. 301, is denied.

*Charles C. Greenwald,* in support of the petition.

Decided April 8, 1986

STATE OF CONNECTICUT *v.* GARY BURROWS

The state's petition for certification for appeal from the Appellate Court, 5 Conn. App. 556, is denied.

*Julia DiCocco Dewey,* assistant state's attorney, in support of the petition.

Decided April 8, 1986